# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ABDUL MALIK MUHAMMAD,                                                        PLAINTIFF
ADC #129616

v.                      No. 5:12CV00049-JLH-JTK

LARRY MAY, et al.                                                                   DEFENDANTS

## **ORDER**

      Plaintiff's Motion to Voluntarily Dismiss his complaint against defendants is GRANTED.

Document #6.  Plaintiff's complaint is DISMISSED without prejudice.

      An appropriate Judgment shall accompany this Order.

      IT IS SO ORDERED this 20th day of March, 2012.

                                                                            _____
                                                                             J. LEON HOLMES
                                                                             UNITED STATES DISTRICT JUDGE